# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA L. ABRAMS, *Individually and as Trustee of the Gertrude E. May Irrevocable Residential/Income Only Trust*, *et. al.*, | No. 4:16-CV-1343 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| ANADARKO PETROLEUM CORPORATION, *et. al.*, | |
| Defendants. | |
| PAUL H. ARNOLD, | No. 4:16-CV-1345 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| ANADARKO PETROLEUM CORPORATION, *et. al.*, | |
| Defendants. | |
| ROBERT C. ABRAMS, JR., | No. 4:16-CV-1346 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| ANADARKO PETROLEUM CORPORATION, *et. al.*, | |
| Defendants. | |

| | |
|---|---|
| KYLIE E. AHERN, *a/k/a Kylie E. Perry,* | No. 4:16-CV-1347 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| ANADARKO PETROLEUM CORPORATION, *et. al.,* | |
| Defendants. | |

# ORDER

**AND NOW**, this 8th day of May 2023, pursuant to the Joint Status Report filed on October 31, 2022, **IT IS HEREBY ORDERED** that the STAY in the above-referenced matters is **CONTINUED** pending further Order of the Court. **IT IS FURTHER ORDERED** that the parties shall jointly file a status report with the Court by August 1, 2023.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge